

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
mcapobianco@littler.com

March 9, 2021



**VIA ECF**

Judge Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Jose Quezada v. Sight and Sound Productions, Incorporated*
      U.S. District Court, S.D.N.Y., Civil Docket No. 1:21-cv-1092 (KPF)

Dear Judge Polk Failla:

This firm was just retained to represent Defendant Sight and Sound Productions, Incorporated ("Defendant") in the above-referenced action. We write with the consent of Plaintiff to respectfully request: (1) an extension of time to respond to the Complaint from March 10, 2021 until April 9, 2021; and (2) an adjournment of the April 14, 2021 Initial Conference to May 12, 2021, or a date after May 12, 2021, which is otherwise convenient for the Court.

The additional time will allow Defendant to investigate the allegations in the Complaint and prepare appropriate responses. The additional time will also allow the parties to discuss the claims in greater detail as well as the concept of an early resolution. This is Defendant's first request for an extension of time.

Thank you for your consideration of our request.

Respectfully submitted,

 */s/ Matthew R. Capobianco*

Matthew R. Capobianco

cc: All Counsel of Record (via ECF)

4847-9986-9407.1 109343.1001

Application GRANTED.  Defendant's deadline to respond to the Complaint is extended through **April 9, 2021**.  The initial pretrial conference scheduled for April 14, 2021, is ADJOURNED to **May 12, 2021, at 10:00 a.m.**

Dated:   March 9, 2021
        New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE